BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
NATHAN J. LICHVARCIK
Assistant United States Attorney
nathan.j.lichvarcik@usdoj.gov
405 East 8th Ave., Ste. 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Facsimile:  (541) 465-6917
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-CR-00341-002-AA |
| v. | **UNITED STATES' SENTENCING MEMORANDUM** |
| ROBERT ALLEN CUMMINS, | Sentencing date:  February 14, 2017 at 9:00 a.m. |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and Nathan J. Lichvarcik, Assistant United States Attorney, hereby submits the following sentencing memorandum and respectfully asks that, as agreed by the parties, the Court sentence Defendant to 40 months in prison, followed by a 3-year term of supervised release, and a $500 fee assessment.

## I.   BACKGROUND

On May 15, 2014, Defendant walked into a Federally Licensed Firearms Dealer ("FFL") in Oregon and paid $38,100 in cash for 14 firearms, depicted in this photograph taken by the FFL:



One month later, on June 14, 2014, the Mexican Military seized many of those same firearms, including two of the .50 caliber rifles (the large rifles on the right of the above photograph with tripod stands), from a tractor trailer in San Luis Rio de Colorado, Sonora, Mexico.  The firearms, along with many rounds of

ammunition, magazines, and firearms accessories, were saran-wrapped and hidden among bales of alfalfa on the tractor trailer.  Here are four photographs from this Mexican seizure:





Many of the firearms had obliterated serial numbers, but several of the firearms' serial numbers were intact, including two .50 caliber rifles – both of which traced

UNITED STATES' SENTENCING MEMORANDUM                                     PAGE 3

back to Defendant, as the original purchaser one month before in Oregon. ATF raised certain numbers/letters of the serial numbers of other firearms from the Mexico seizure, which were consistent with other firearms purchased by Defendant on May 15, 2014.

Based on the above information, ATF initiated an undercover operation and recorded Defendant making a number of incriminating statements, including that:

- he bought and sold a lot of firearms, and had previously ordered thousands of dollars' worth of firearms and had them presold;

- he was just the middle man, making money; and

- he was for the guy who does not want the government to know about their firearm purchases, and that he operates far from the edge of legal.

Federal search warrants, text messages, financial information, and interviews revealed further evidence that Defendant was unlawfully dealing in firearms, and that he and co-defendant Erik Flores Elortegui had conspired and straw purchased firearms as alleged in the indictment. As an example, below are

\ \ \


\ \ \


\ \ \


\ \ \

some of the text messages between Defendant and Flores in the days prior to the May 15, 2014, $38,100 purchase:

| FROM | TO | DATE | CONTENT |
| --- | --- | --- | --- |
| Flores | Cummins | 5/3/14 | Hello Robert, Did you get a hold of your friend from tactical solutions |
| Cummins | Flores | 5/3/14 | Yes I did.  I just tried calling you no answer. |
| Flores | Cummins | 5/3/14 | What he say |
| Flores | Cummins | 5/5/14 | http://www.adaptivefiringsolutions.com/shop/barrett-82a1-50bmg-semi-auto-29-rifle/  Barret from steve's website |
| Cummins | Flores | 5/5/14 | Oh is this Eric if so do you know how many you want to order please call me no texting please thank you |
| Cummins | Flores | 5/5/14 | . . . you could email me what you are looking for so I can get my order placed right away thank you. |
| Flores | Cummins | 5/5/14 | Give me your email |
| Cummins | Flores | 5/5/14 | riverxxxxxxxx@xxxxx.xxx[1] |
| Flores | Cummins | 5/6/14 | Let me know the subtotal and ata of the burritos. |

On September 16, 2015, a federal grand jury in Eugene returned a 26-count Indictment charging Defendant and co-defendant Erik Flores Elortegui with a number of firearms offenses.  On August 9, 2016, Defendant pled guilty pursuant to a plea agreement to Conspiracy, in violation of 18 U.S.C. § 371 (Count 1), making False Statements in Connection with the Acquisition of Firearms, in violation of 18 U.S.C. § 924(a)(1)(A) (Counts 8, 11, and 13), and Unlawful Dealing in Firearms, in

---

[1] The actual email address has been redacted for privacy.

violation of 18 U.S.C. § 922(a)(1)(A) (Count 26).  At sentencing, the government will dismiss Count 25.

## II.   SENTENCING RECOMMENDATION

For sentencing purposes, the most important part of the plea agreement is found in paragraph 8, which reads:

> 8.   **Sentencing Recommendation:**  Provided that Defendant accepts responsibility as addressed above, the USAO and Defendant will jointly recommend a 40-month sentence, even if 40 months is above or below the applicable advisory guideline range as ultimately determined by the Court.

Doc. 27, ¶8.

Making false statements on ATF 4473 Forms and straw purchasing firearms are serious offenses that increase the likelihood that firearms will get in the hands of those who should not have them or intend to do bad things with them.  This case is a perfect example of that –a large arsenal of firearms straw purchased in Oregon and smuggled to Mexico in less than a month on behalf of criminal organizations down there.

The dangerousness of these offenses redlines when high-caliber weapons are involved.  Simply stated, a .50 caliber rifle packs tremendous firepower, as depicted by the representative .50 caliber round of ammunition at the far left in the photograph below:



Defendants who assist others in acquiring weapons illegally share responsibility for the violence those firearms promote, both here and abroad, and should be punished with real prison time.

The proposed 40-month sentence adequately takes into account the factors of 18 U.S.C. § 3553(a), including seriousness of the offenses, promoting respect for the law, and providing just punishment and deterrence. The proposed sentence also takes into account that: (1) Defendant lost over $400,000 dollars in cash seized from him during this investigation; and (2) Defendant is less culpable than co-defendant Flores (who is currently a fugitive); Flores is the one with direct links to Mexico, was involved in grinding off the serial numbers and smuggled the firearms south.

## III.  CONCLUSION

For these reasons, the United States respectfully requests that, as agreed by the parties, the Court sentence Defendant to 40 months in prison, 3 years of supervised release, and a $500 fee assessment.

DATED this 8th day of February 2017.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Nathan J. Lichvarcik*
NATHAN J. LICHVARCIK
Assistant United States Attorney